DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: amanda.patanaphan@jacksonlewis.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRISHA NIELSON, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFICA COMPANIES LLC, a California limited liability company; PACIFICA SAGEBRUSH LLC dba LEGACIES MEMORY CARE AT SAN MARTIN, a Nevada limited liability company; PACIFICA REGENCY PALMS LLC dba LEGACIES MEMORY CARE AT SAN MARTIN, a Nevada limited liability company,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-02277-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Trisha Nielson ("Plaintiff"), by and through her counsel, Greenberg Gross LLP, and Defendants Pacifica Companies LLC, Pacifica Sagebrush LLC, and Pacifica Regency Palms LLC (collectively "Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., that Defendants shall have a 21 day extension up to and including **January 5, 2026**, in which to file their response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

　　　　1.　　　Defendants were served with the Summons and Complaint (ECF Nos. 1 and 3).

Specifically, Defendant Pacifica Companies LLC was served on November 20, 2025, making their response due on Thursday, December 11, 2025; Defendants Pacifica Sagebrush LLC and Pacifica Regency Palms LLC were served on November 24, 2025, making the response due on Monday, December 15.

2. The law firm of Jackson Lewis was recently retained to represent Defendants in this matter and requested an extension to submit a response to the Complaint.

3. This is the first stipulation to extend the time for Defendants to respond to Plaintiff's Complaint.

4. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

5. This Stipulation is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 12th day of December, 2025.

| GREENBERG GROSS LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Michael A. Burnette* | */s/ Amanda Patanaphan* |
| Jemma E. Dunn, Bar # 16229 | Deverie J. Christensen, Bar # 6596 |
| Matthew T. Hale, Bar # 16880 | Amanda Patanaphan, Bar # 15080 |
| Michael A. Burnette, Bar # 16210 | 300 S. Fourth St., Suite 900 |
| 1980 Festival Plaza Drive, Suite 730 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89135 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |
| *Trisha Nielson* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: December 15, 2025

2